# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **NORTHEAST OHIO COALITION FOR THE HOMELESS,** *et al.*, | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **OHIO DEMOCRATIC PARTY,** | : | |
| | : | |
| **Intervenor-Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **JENNIFER BRUNNER, in her official capacity as Secretary of State of Ohio,** | : | |
| | : | |
| **Defendant.** | : | **Case No. C2-06-896** |
| | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **NORTHEAST OHIO COALITION FOR THE HOMELESS,** *et al.*, | : | **Magistrate Judge Terence P. Kemp** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **THE STATE OF OHIO,** | : | |
| | : | |
| **Intervenor-Defendant.** | : | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs Northeast Ohio Coalition for

the Homeless' and Service Employees International Union, Local 1199's (collectively

"Plaintiffs") have moved for leave to file a supplemental complaint (no. 120).[1] Defendant

---

[1] Plaintiffs previously motioned for leave to file a supplemental complaint on October
14, 2008 (no. 110), however that request was replaced by Plaintiffs "Revised Motion" for leave

Secretary of State Jennifer Brunner and Intervenor-defendant the State of Ohio oppose the

motion. After reviewing the briefs and considering the arguments of all parties, the Court

**GRANTS** Plaintiffs' Revised Motion for Leave to File *Instanter* a Supplemental Complaint (no

120).

      Also before the Court is the Ohio Democratic Party's ("ODP") Motion to Intervene (no.

148) filed on November 4, 2008. Based upon the oral arguments of counsel, the fact that

Defendant does not oppose said Motion, and for the reasons set forth on the record, the Court

finds ODP's motion well taken and hereby grants same. The Ohio Democratic Party's Motion to

Intervene is **GRANTED**.

      **IT IS SO ORDERED.**


                                     **s/Algenon L. Marbley**
                                     **ALGENON L. MARBLEY**
                                     **United States District Court Judge**

**DATE: November 5, 2008**

---

to file a supplemental complaint (no. 120) referenced above, on October 17, 2008. Therefore,
Plaintiff's earlier request (no. 110) is now **MOOT**.