**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| THE NORTHEAST OHIO COALITION FOR THE HOMELESS, et al., | : | Civil Action No. C2-06-896 |
| | : | Judge Algenon L. Marbley |
| Plaintiffs, | : | |
| vs. | | |
| | : | **STIPULATION OF DISMISSAL OF THE** |
| JENNIFER BRUNNER, in her official capacity as Secretary of State of Ohio, et al., | : | **CLAIMS OF PLAINTIFF JAMES WISE WITHOUT PREJUDICE** |
| Defendants. | : | |

The parties hereby stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, to a dismissal of Plaintiff James Wise's claims against Defendants without prejudice.

This dismissal does not affect the claims of the other Plaintiffs, which remain pending.

Respectfully submitted,

| | |
|---|---|
| s/ Caroline H. Gentry | s/ Richard N. Coglianese |
| Caroline H. Gentry, Trial Attorney (0066138) | Richard N. Coglianese, Trial Attorney (0066830) |
| PORTER, WRIGHT, MORRIS & ARTHUR LLP | Assistant Attorney General |
| One South Main Street, Suite 1600 | Constitutional Offices Section |
| Dayton, OH 45402 | 30 East Broad Street, 16th Floor |
| (937) 449-6748 / (937) 449-6820 Fax | Columbus, OH 43215 |
| cgentry@porterwright.com | (614) 466-2872 / (614) 728-7592 Fax |
| | Richard.coglianese@ohioattorneygeneral.gov |
| ATTORNEYS FOR PLAINTIFFS | |
| | ATTORNEYS FOR DEFENDANTS |

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 19th, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the counsel of record in this case.

  /s Caroline H. Gentry
Caroline H. Gentry (0066138)
Attorney for Plaintiffs
PORTER, WRIGHT, MORRIS & ARTHUR LLP
One South Main Street, Suite 1600
Dayton, Ohio 45402
(937) 449-6748 / (937) 449-6820 Fax
cgentry@porterwright.com