**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| THE NORTHEAST OHIO COALITION FOR THE HOMELESS and | : : : |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1199, | : : : |
| Plaintiffs, | : Case No. 2:06-CV-896 : : Judge Algenon L. Marbley |
| v. | : : |
| JENNIFER BRUNNER, OHIO SECRETARY OF STATE, | : : : |
| Defendant. _____ | : : : |
| THE NORTHEAST OHIO COALITION FOR THE HOMELESS and | : : : **NOTICE OF APPEAL BY** **INTERVENOR STATE OF OHIO** |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1199, | : : : |
| Plaintiffs, | : : |
| v. | : : |
| THE STATE OF OHIO, | : : |
| Intervenor-Defendant. | : |

Pursuant to F.R.A.P. 3 and 4, notice is hereby given that Intervenor-Defendant the State of Ohio in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order and Opinion awarding attorneys' fees entered in this action on November 30, 2010 (Doc. 234).

2

Respectfully submitted,


RICHARD CORDRAY
Attorney General



*/s Erick D. Gale*
Erick D. Gale (0075723)
Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
614-466-2872
Erick.Gale@ohioattorneygeneral.gov
Counsel for State of Ohio

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on this 29th day of December, 2010. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Erick D. Gale*
ERICK D. GALE