IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE NORTHEAST OHIO COALITION FOR THE HOMELESS, *et al.* | : : : |
| Plaintiffs, | : CASE NO. 06-cv-00896 |
| v. | : : Judge Algenon L. Marbley |
| OHIO SECRETARY OF STATE, *et al.* | : : Magistrate Judge Terence P. Kemp |
| Defendants. | : : |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF TRIAL ATTORNEY FOR INTERVENOR-DEFENDANT THE STATE OF OHIO**

Pursuant to Local Rule 83.4(c)(1), Assistant Attorney General Erick D. Gale (0075723) hereby withdraws as Trial Attorney of record in this case for Intervenor-Defendant the State of Ohio. Mr. Gale should be terminated as counsel or co-counsel for any defendant in this action. Assistant Attorney General Peggy W. Corn (0042197) is hereby substituted as Trial Attorney for Intervenor-Defendant the State of Ohio. This withdrawal and substitution is made with the knowledge and consent of the client.

Respectfully submitted,

MIKE DeWINE
Ohio Attorney General

/s/ *Erick D. Gale*
ERICK D. GALE (0075723)
Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus OH  43215
Tel: (614) 466-2872; Fax: (614) 728-7592
erick.gale@ohioattorneygeneral.gov
*Withdrawing Counsel for Intervenor-Defendant*

Respectfully submitted,

MIKE DEWINE
Ohio Attorney General

*/s/ Peggy W. Corn*
PEGGY W. CORN (0042197)
Assistant Attorney General
Education Section
30 East Broad Street, 16th Floor
Columbus OH  43215
Tel: (614) 466-2872; Fax: (614) 728-7592
peggy.corn@ohioattorneygeneral.gov

*Trial Attorney for Intervenor-Defendant the State of Ohio*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Notice of Withdrawal and Substitution of Trial Attorney for Intervenor-Defendant the State of Ohio* was electronically filed with the U.S. District Court, Southern District of Ohio, on May 9, 2012 and served upon all parties of record via the court's electronic filing system.  A copy of the foregoing was also sent on May 9, 2012, by regular U.S. mail to the following:

Andrew J. Gottman
PORTER, WRIGHT, MORRIS & ARTHUR LLP
One South Main Street, Suite 1600
Dayton, OH 45402

*Attorney for Plaintiffs NEOCH and SEIU Local 1199*

/s/ Erick D. Gale
ERICK D. GALE (0075723)
Assistant Attorney General