## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| NORTHEAST COALITION | : | |
| FOR THE HOMELESS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:06-CV-896 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| JENNIFER BRUNNER, in her official | : | |
| capacity as Secretary of State, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This case is set for a Telephonic Status Conference on **today, Thursday, May 10, 2012,**

beginning at **4:00 p.m.**  The Court will initiate the phone conference, and trial counsel for the

respective parties are to be available by telephone.  During the Status Conference, the Court will

address the Plaintiff's Urgent Motion to Enjoin State-Court Proceedings [Doc. 246] and any

issues necessary for a speedy and just resolution of the pending action.  This Order supersedes

any prior orders setting a status conference.  The conference is not expected to exceed thirty

minutes in length.

IT IS SO ORDERED.

                                       __s/Algenon L. Marbley__
                                       ALGENON L. MARBLEY
                                       UNITED STATES DISTRICT COURT

**Dated: May 10, 2012**