# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **NORTHEAST COALITION** : | |
| **FOR THE HOMELESS,** *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 2:06-CV-896 |
| : | |
| v. : | JUDGE ALGENON L. MARBLEY |
| : | |
| **JENNIFER BRUNNER, in her official** : | |
| **capacity as Secretary of State,** *et al.*, : | |
| : | |
| : | |
| **Defendants.** : | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This case is set for a Telephonic Status Conference on **Wednesday, May 16, 2012,** beginning at **4:00 p.m.**  The Court will initiate the phone conference, and trial counsel for the respective parties are to be available by telephone.  During the Status Conference, the Court will address any further proceedings as may be necessary to resolve the parties concerns and any issues necessary for a speedy and just resolution of the pending action.  This Order supersedes any prior orders setting a status conference.  The conference is not expected to exceed thirty minutes in length.

**IT IS SO ORDERED.**

                                              s/Algenon L. Marbley
                                              **ALGENON L. MARBLEY**
                                              **UNITED STATES DISTRICT COURT**

**Dated: May 15, 2012**