IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE NORTHEAST OHIO COALITION FOR THE HOMELESS, *et al.*, | : : : | Case No. 2:06-CV-896 |
| Plaintiffs, | : : | |
| v. | : : | JUDGE ALGENON L. MARBLEY |
| JON HUSTED, in his official capacity as Secretary of the State of Ohio, | : : : | Magistrate Judge Terence Kemp |
| Defendant. | : : : | |
| and | : : | |
| STATE OF OHIO | : : | |
| Intervenor-Defendant | : | |

### ORDER SETTING BRIEFING SCHEDULE

On May 16, 2012, the Court held a telephonic status conference to determine the appropriate further proceedings on the issues raised by Plaintiff's Urgent Motion to Enjoin State-Court Proceedings and for an Order to Show Cause Why Relators Thomas Niehaus and Louis Blessing, Jr. Should Not Be Held in Contempt, which the Court granted on May 10, 2012. (Dkt. 261.)  Parties represented to the Court that mediation would not be productive given their conflicting views on the validity of the Court's Consent Decree.  Further briefing and proceedings are therefore necessary.  Before any proposed modifications of the Consent Decree can be entertained, Parties shall first submit briefing on the threshold issue of the legal validity of the Consent Decree, with oral argument to follow.

The Court hereby **ORDERS** the following schedule to be followed regarding briefing:

May 30, 2012                          Opening briefs due by **4:00 p.m.**

June 6, 2012                           Simultaneous Reply Briefs are due by **4:00 p.m.**

Parties are to limit argument to the issue of whether the Consent Decree is valid. Page limitations as required by the Local Rules for the Southern District of Ohio will be enforced. In addition, Parties are ordered to limit their reply briefs to 15 pages, unless first granted leave to exceed that length by the Court.

Oral argument will be held on **Wednesday, June 27, 2:00 p.m.,** 85 Marconi Boulevard, Courtroom 1, Columbus, Ohio. Counsel for Plaintiffs and Relators will have 30 minutes, each, of allotted time for argument. Counsel for and Defendants Secretary of State and the State of Ohio will have 30 minutes of time, total, to split between themselves as they see fit. The Court reserves the right to amend this briefing schedule should it become necessary.

   **IT IS SO ORDERED.**

                                                                         s/Algenon L. Marbley
                                                               **ALGENON L. MARBLEY**
                                                               **UNITED STATES DISTRICT JUDGE**

**DATED: May 17, 2012**