IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE NORTHEAST OHIO COALITION FOR THE HOMELESS, *et al.*, | : : : | Case No. 2:06-CV-896 |
| Plaintiffs, | : : | |
| v. | : : | JUDGE ALGENON L. MARBLEY |
| JON HUSTED, in his official capacity as Secretary of the State of Ohio, | : : : | Magistrate Judge Terence Kemp |
| Defendant. | : : | |
| and | : : | |
| STATE OF OHIO | : : | |
| Intervenor-Defendant | : : | |

## ORDER REGARDING PLAINTIFFS' REQUEST TO COMBINE HEARINGS

This matter comes before the Court on Plaintiffs' request that the Court hear argument on Defendants' pending request to vacate the Consent Decree, currently set for Wednesday, June 27, 2012 at 2:00 p.m., and on Plaintiffs newly-filed motion to modify the Consent Decree (Dkt. 288), together.  Plaintiffs argue that in the interest of judicial economy, the parties' competing requests regarding to the Consent Decree should be heard at the same time.

At the May 16, 2012 status conference, and in the scheduling order that followed, the Court stated it would address the threshold issue of the validity of the Consent Decree prior to entertaining any motions to modify the Consent Decree.  The June 27, 2012 hearing on the issue of the Consent Decree's validity will, accordingly, proceed as scheduled.  At that hearing, however, parties shall be prepared to address the scheduling for Plaintiffs' Motion to Modify the Consent Decree, and the issue of whether the Court should withhold its ruling on the validity of

the Consent Decree until briefing and argument has completed on Plaintiffs' Motion to Modify the Consent Decree.

**IT IS SO ORDERED.**

    **s/Algenon L. Marbley**

**ALGENON L. MARBLEY**

**UNITED STATES DISTRICT JUDGE**

**DATED:   June 22, 2012**