

THE
# CHANDRA
L A W   F I R M   L L C

**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700  www.ChandraLaw.com

Invoice for
Northeast Ohio Coalition for the Homeless, SEIU
Local 1199, et al.

## invoice

In reference to
Northeast Ohio Coalition v. Husted, et al.

## professional services

|  |  |  | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Subodh Chandra | 2013.01.22 Subodh Chandra | Attention to McTigue communication and C. Gentry communication; communication to Brian Davis with NEOCH re upcoming consent-decree expiration. | 00:06 $435.00 | $43.50 |
| Subodh Chandra | 2013.01.23 Subodh Chandra | Discussion with Prof. Norman Robbins of voter coalition regarding potential outstanding concerns regarding Secretary of State to be incorporated into motion to extend consent decree. Prepare for conference call among counsel. Conference call among counsel. Tel. call to C. Gentry. Tel. discussion with D. McTigue re need to extend consent decree. Further consideration of same. | 01:36 $435.00 | $696.00 |
| Subodh Chandra | 2013.01.24 Subodh Chandra | Draft and synthesize "wish list" for Sixth Circuit mediation in effort to avoid need to move to extend consent decree. Discuss same with Brian Davis of NEOCH. Circulate to co-counsel. | 01:12 $435.00 | $522.00 |
| Subodh Chandra | 2013.01.28 Subodh Chandra | Analysis of draft confidential mediation communication regarding issues to be addressed for mediator. Revise and edit same. Communications with Brian Davis at NEOCH regarding same and tel. discussion with B. Davis. Various communications with co-counsel. Tel. call to C. Gentry. | 01:24 $435.00 | $609.00 |

EXHIBIT 1B



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700  www.ChandraLaw.com

| | | Hrs/Rate | Subtotal |
|---|---|---|---|
| Subodh Chandra | 2013.01.29 Subodh Chandra<br>Message to C. Gentry. Attention to comments from Brian Davis of NEOCH re draft communication to Sixth Circuit mediator to try to reach agreement with Secretary making motion to extend/modify consent decree unnecessary. Make further revision to same accordingly and transmit with comments to co-counsel. Discussion with D. Leonard regarding revisions and engage in correspondence with co-counsel regarding changed elements and approval to transmit to mediator. | 00:48<br>$435.00 | $348.00 |
| Subodh Chandra | 2013.02.13 Subodh Chandra<br>Attention to comments from co-counsel and mediator. | 00:06<br>$435.00 | $43.50 |
| Subodh Chandra | 2013.02.15 Subodh Chandra<br>Tel. discussion with D. McTigue re need to move to extend consent decree and strategy re same (and efforts to potentially amicably resolve outstanding issues with Secretary of State thus making motion unnecessary). | 00:18<br>$435.00 | $130.50 |
| Subodh Chandra | 2013.02.25 Subodh Chandra<br>Consideration of outstanding issues in relation to motion to extend consent decree and draft communication to co-counsel re same. | 00:12<br>$435.00 | $87.00 |
| Sandhya Gupta | 2013.03.05 Sandhya Gupta<br>Confer with co-counsel re motion to extend; review consent decree and complaint and injunction motions to begin drafting motion to extend. | 01:06<br>$300.00 | $330.00 |
| Subodh Chandra | 2013.03.05 Subodh Chandra<br>Brief and plot strategy with S. Gupta re motion to extend; delegate assignments related to same. | 00:42<br>$435.00 | $304.50 |
| Sandhya Gupta | 2013.03.06 Sandhya Gupta<br>Review cases and pleadings related to motion to extend. | 00:48<br>$300.00 | $240.00 |
| Sandhya Gupta | 2013.03.07 Sandhya Gupta<br>Review cases and pleadings for motion to extend consent decree. | 06:06<br>$300.00 | $1,830.00 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700   www.ChandraLaw.com

| | | Hrs/Rate | Subtotal |
|---|---|---|---|
| Sandhya Gupta | 2013.03.08 Sandhya Gupta<br>Speak with D. McTigue re arguments for motion to extend; confer with S. Chandra re motion to extend. | 00:48<br>$300.00 | $240.00 |
| Subodh Chandra | 2013.03.08 Subodh Chandra<br>Additional strategy discussion with S. Gupta re motion to extend consent decree. Provide guidance regarding same. | 00:18<br>$435.00 | $130.50 |
| Sandhya Gupta | 2013.03.11 Sandhya Gupta<br>Review Judge Marbley decision from July 9, 2012. Draft motion to extend. | 03:42<br>$300.00 | $1,110.00 |
| Sandhya Gupta | 2013.03.12 Sandhya Gupta<br>Continue to review prior motions and orders; draft motion to extend consent decree. | 06:00<br>$300.00 | $1,800.00 |
| Sandhya Gupta | 2013.03.12 Sandhya Gupta<br>Review NEOCH and SEIU litigation, motions, consent decree, and draft motion to extend consent decree. | 04:24<br>$300.00 | $1,320.00 |
| Sandhya Gupta | 2013.03.14 Sandhya Gupta<br>Confer with S. Chandra re additional evidence needed to support argument re extension; consider argument re Ohio law continuing to invite litigation without the decree. | 04:54<br>$300.00 | $1,470.00 |
| Subodh Chandra | 2013.03.14 Subodh Chandra<br>Work with S. Gupta re motion to extend. Further consideration of arguments and case-law analysis regarding same. | 01:00<br>$435.00 | $435.00 |
| Sandhya Gupta | 2013.03.19 Sandhya Gupta<br>Confer with S. Chandra re getting declaration from Brunner et al. to support what the parties had in mind for "good cause" and other potential evidence. | 00:06<br>$300.00 | $30.00 |
| Subodh Chandra | 2013.03.19 Subodh Chandra<br>Communication with S. Gupta re obtaining additional evidence in support of motion to extend. Pursue avenues and communications regarding obtaining such additional evidence. | 00:12<br>$435.00 | $87.00 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700   www.ChandraLaw.com

| | | Hrs/Rate | Subtotal |
|---|---|---|---|
| Subodh Chandra | 2013.03.21 Subodh Chandra<br>*Tel. conference with all co-counsel to discuss pending issues including motion to extend consent decree; tel. discussion with ODP's counsel Don McTigue re motion to extend and evidence gathering.* | 00:48<br>$435.00 | $348.00 |
| Subodh Chandra | 2013.03.22 Subodh Chandra<br>*Participate in Sixth Circuit mediation call with particular focus on trying to exhort a timely answer from Defendants regarding conditions required to avoid need to file motion to extend . Separate call with Sixth Circuit mediator on NEOCH's behalf. Attention to communication from D. Leonard.* | 01:54<br>$435.00 | $826.50 |
| Sandhya Gupta | 2013.03.25 Sandhya Gupta<br>*Research and draft motion to extend consent decree; review additional evidence.* | 04:54<br>$300.00 | $1,470.00 |
| Suzanne Zaranko | 2013.03.25 Suzanne Zaranko<br>*Preparation of exhibit regarding purposes of decree for Motion to Extend Consent Decree.* | 01:00<br>$120.00 | $120.00 |
| Sandhya Gupta | 2013.03.26 Sandhya Gupta<br>*Review NEOCH complaint; research and draft motion to extend consent decree.* | 08:36<br>$300.00 | $2,580.00 |
| Suzanne Zaranko | 2013.03.26 Suzanne Zaranko<br>*Preparation of exhibit of complaint provisions for motion to extend consent decree.* | 01:00<br>$120.00 | $120.00 |
| Sandhya Gupta | 2013.03.27 Sandhya Gupta<br>*Research, draft motion to extend consent decree.* | 06:36<br>$300.00 | $1,980.00 |
| Sandhya Gupta | 2013.03.28 Sandhya Gupta<br>*Research and draft motion to extend consent decree.* | 13:36<br>$300.00 | $4,080.00 |
| Sandhya Gupta | 2013.04.01 Sandhya Gupta<br>*Review deposition transcripts re evidence to support motion to extend.* | 04:06<br>$300.00 | $1,230.00 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700   www.ChandraLaw.com

| | | Hrs/Rate | Subtotal |
|---|---|---|---|
| Sandhya Gupta | 2013.04.04 Sandhya Gupta<br>Draft Brian Davis declaration in support of motion to extend consent decree. Speak with D. McTigue re substance of draft of motion to extend consent decree; communications with S. Chandra re conference call. | 02:48<br>$300.00 | $840.00 |
| Subodh Chandra | 2013.04.04 Subodh Chandra<br>Work on strategy with S. Gupta re motion to extend. | 00:18<br>$435.00 | $130.50 |
| Sandhya Gupta | 2013.04.05 Sandhya Gupta<br>Conference with D. McTigue and S. Chandra re motion to extend. Further discussion with S. Chandra re same. | 02:54<br>$300.00 | $870.00 |
| Subodh Chandra | 2013.04.05 Subodh Chandra<br>Tel. discussion with D. McTigue and S. Gupta re evidence gathering on motion to extend and strategic considerations. Strategy discussions with S. Gupta re motion to extend and research results, as well as additional evidence gathering needed. | 01:00<br>$435.00 | $435.00 |
| Sandhya Gupta | 2013.04.08 Sandhya Gupta<br>Review earlier motion for fees and response and order to see arguments re how the consent decree changed the legal position of the parties; send email to S. Chandra re results; attention to email correspondence re new fee for birth certificate. | 01:00<br>$300.00 | $300.00 |
| Subodh Chandra | 2013.04.08 Subodh Chandra<br>Attention to communications from S. Gupta re analysis related to motion to extend. | 00:06<br>$435.00 | $43.50 |
| Suzanne Zaranko | 2013.04.08 Suzanne Zaranko<br>Computer research to obtain from City of Cleveland cost of copy of birth certificate—relates to supporting motion to extend consent decree. | 00:06<br>$120.00 | $12.00 |
| Sandhya Gupta | 2013.04.09 Sandhya Gupta<br>Revise motion to extend consent decree, in particular flesh out section re statute and its failure to contemplate voters with SSN and without ID. | 06:36<br>$300.00 | $1,980.00 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700   www.ChandraLaw.com

| | | Hrs/Rate | Subtotal |
|---|---|---|---|
| Subodh Chandra | 2013.04.16 Subodh Chandra<br>*Analysis and revision of second draft of motion to extend Consent Decree. Communications with S. Gupta re same.* | 01:06<br>$435.00 | $478.50 |
| Sandhya Gupta | 2013.04.23 Sandhya Gupta<br>*Finish reviewing extensive deposition transcripts for evidence to support motion to extend.* | 04:48<br>$300.00 | $1,440.00 |
| Sandhya Gupta | 2013.04.24 Sandhya Gupta<br>*Edit motion to extend; discuss comments with S. Chandra.* | 01:30<br>$300.00 | $450.00 |
| Subodh Chandra | 2013.04.24 Subodh Chandra<br>*Further editing and revision of motion to extend; transmit draft to co-counsel. Communications regarding same.* | 01:36<br>$435.00 | $696.00 |
| Subodh Chandra | 2013.04.25 Subodh Chandra<br>*Attention to and consideration of mediation-related messages from co-counsel and opposing counsel; continued effort to received timely response from opposing counsel/ Secretary to avoid need to file motion to extend that we are drafting.* | 00:12<br>$435.00 | $87.00 |
| Sandhya Gupta | 2013.04.30 Sandhya Gupta<br>*Review D. Leonard's reactions re draft motion to extend consent decree; consider various criticisms; draft email to S. Chandra with my initial reactions.* | 02:18<br>$300.00 | $690.00 |
| Subodh Chandra | 2013.04.30 Subodh Chandra<br>*Absorb D. Leonard (SEIU counsel) comments regarding motion-to-extend draft and engage S. Gupta re same.* | 00:42<br>$435.00 | $304.50 |
| Sandhya Gupta | 2013.05.06 Sandhya Gupta<br>*Prepare for conference call with D. McTigue, S. Chandra, and C. Gentry; discuss with S. Chandra; draft email response to D. Leonard's comments.* | 02:12<br>$300.00 | $660.00 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700   www.ChandraLaw.com

| | | Hrs/Rate | Subtotal |
|---|---|---|---|
| Subodh Chandra | 2013.05.06 Subodh Chandra<br>*Analyze motion to extend consent decree, commentary back-and-forth, and generally prepare for conference discussion with D. McTigue (counsel for ODP), C. Gentry, and S. Gupta. Conf. call with same. Debriefing communications with S. Gupta re follow-up coordination with SEIU's counsel.* | 01:54<br>$435.00 | $826.50 |
| Sandhya Gupta | 2013.05.07 Sandhya Gupta<br>*Review draft motion in preparation for all-plaintiffs'-counsel conference call (0.5); conference call (1.0); review 2012 motions to modify and district-court opinion sections re content of consent decree (1.5); draft email to group responding to this issue (0.5).* | 03:30<br>$300.00 | $1,050.00 |
| Subodh Chandra | 2013.05.07 Subodh Chandra<br>*Prepare for tel. conference with all counsel. Tel. conference with all counsel. Further discussion with S. Gupta. Tel. discussion with D. McTigue.* | 01:48<br>$435.00 | $783.00 |
| Sandhya Gupta | 2013.05.14 Sandhya Gupta<br>*Revise motion to extend consent decree, reviewing June 2012 motion to modify, as well as Secretary's official provisional-ballot count for 2012 general election, and district court and Sixth Circuit opinions.* | 04:00<br>$300.00 | $1,200.00 |
| Sandhya Gupta | 2013.05.15 Sandhya Gupta<br>*Sixth Circuit mediation conference call. Debrief with S. Chandra including re non-answers from Secretary leaving motion to extend consent decree in limbo.* | 02:12<br>$300.00 | $660.00 |
| Subodh Chandra | 2013.05.15 Subodh Chandra<br>*Prepare for and participate in Sixth Circuit mediation conference call (2.5 hrs); discussion with S. Gupta; communications with C. Gentry. Edit motion to extend consent decree in light of there still being no resolution from Secretary concerning issues that would obviate the need for the decree.* | 02:54<br>$435.00 | $1,261.50 |
| Sandhya Gupta | 2013.05.16 Sandhya Gupta<br>*Conference call with all plaintiffs' counsel re case status and thoughts on motion to extend.* | 01:00<br>$300.00 | $300.00 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700  www.ChandraLaw.com

| | | Hrs/Rate | Subtotal |
|---|---|---|---|
| Subodh Chandra | 2013.05.16 Subodh Chandra<br>Conference call with all plaintiffs' counsel re motion to extend. Further discussion with S. Gupta. | 01:00<br>$435.00 | $435.00 |
| Sandhya Gupta | 2013.05.21 Sandhya Gupta<br>Review D. Leonard's email and edits. Email S. Chandra re edits. Incorporate changes into new drafts and email S. Chandra. Attention to email correspondence. | 00:18<br>$300.00 | $90.00 |
| Subodh Chandra | 2013.05.21 Subodh Chandra<br>Communications to co-counsel re motion to extend. | 00:06<br>$435.00 | $43.50 |
| Subodh Chandra | 2013.05.23 Subodh Chandra<br>Discussion with P. Calico, Sixth Circuit mediator, including tight timing that the Secretary's non-answers have left us with now for a motion to extend. Finalize and transmit documents to him for discussion with opposing counsel. Communications to co-counsel team. | 00:24<br>$435.00 | $174.00 |
| Subodh Chandra | 2013.05.24 Subodh Chandra<br>Attention to message from Paul Calico and further consideration of same. Consideration of impact of delays presented by Defendants to avoid prejudice to client regarding motion to extend. | 00:06<br>$435.00 | $43.50 |
| Subodh Chandra | 2013.05.28 Subodh Chandra<br>Discussion with Paul Calico, Sixth Circuit mediator in effort to obtain answers from Defendants regarding need to extend consent decree. Update S. Gupta re same. | 00:12<br>$435.00 | $87.00 |
| Subodh Chandra | 2013.06.03 Subodh Chandra<br>Communications among counsel. | 00:18<br>$435.00 | $130.50 |
| Subodh Chandra | 2013.06.04 Subodh Chandra<br>Communications among counsel. | 00:06<br>$435.00 | $43.50 |
| Sandhya Gupta | 2013.06.07 Sandhya Gupta<br>Conference call with NEOCH/SEIU team; conference call with 6th Cir. mediator, confirming Defendants will not cooperate regarding conditions necessary to avoid motion to extend. | 02:18<br>$300.00 | $690.00 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700   www.ChandraLaw.com

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Subodh Chandra | 2013.06.07 Subodh Chandra | Prepare for Sixth Circuit mediation call; tel. conference with various co-counsel in preparation; participate in Sixth Circuit mediation call—finally obtaining final word from Defendants that would obviate the need for the motion to extend; call with D. McTigue; debriefing call with plaintiff's team; delegate assignments to S. Gupta re expediting under great time constraints motion to extend finalizing and moving as fast as possible now given the June 30 extension of consent decree and avoiding prejudice associated with Defendants' unfair delay in responding; attention to emails re all of the above. | 03:48 $435.00 | $1,653.00 |
| Sandhya Gupta | 2013.06.08 Sandhya Gupta | Review S. Chandra instructions re revisions to draft motion to extend consent decree; insert case information as required; further consideration of extension issues. | 04:42 $300.00 | $1,410.00 |
| Subodh Chandra | 2013.06.08 Subodh Chandra | Further refinement, editing, and draft new sections for memorandum in support of motion to extend. Coordinate additional research and plug-in needs with co-counsel. | 02:24 $435.00 | $1,044.00 |
| Sandhya Gupta | 2013.06.09 Sandhya Gupta | Additional review of pleadings to understand history and impact of Secretary of State's Directive 2008-80, how it got incorporated into consent decree, and the allegations of confusing application of voter-ID requirements. | 03:00 $300.00 | $900.00 |
| Sandhya Gupta | 2013.06.10 Sandhya Gupta | Direct compilation of exhibits and TOA/TOC. Attention to emails re additions to motion to extend. Confer with S. Chandra re status and coordination, and substance. | 05:30 $300.00 | $1,650.00 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700  www.ChandraLaw.com

| | | Hrs/Rate | Subtotal |
|---|---|---|---|
| Subodh Chandra | 2013.06.10 Subodh Chandra Further editing and refinement of motion to extend and memo in support; provide directions to paralegal S. Zaranko and S. Gupta about finalization; communications with Don Strasser with Columbus Coalition for the Homeless and Brian Davis with Northeast Ohio Coalition for the Homeless. Attention to Don McTigue inserts into the brief and delegate insertions. Edit Davis declaration draft and discussion with B. Davis. Attention to problem associated with ECF system's failure to permit filing of entire brief and exhibits and direct S. Gupta and S. Zaranko regarding handling of same. | 02:54 $435.00 | $1,261.50 |
| Sandhya Gupta | 2013.06.11 Sandhya Gupta Follow-up addressing exhibits related to motion to extend. | 00:36 $300.00 | $180.00 |
| Subodh Chandra | 2013.06.11 Subodh Chandra Monitor situation regarding problems with S.D. Ohio e-filing and advise S. Gupta and S. Zaranko accordingly. | 00:06 $435.00 | $43.50 |
| Sandhya Gupta | 2013.06.12 Sandhya Gupta Call court's chambers to follow up re motion to extend consent decree and court's planned briefing schedule. Convey info to S. Chandra. Attention to email from S. Chandra to all counsel. | 00:24 $300.00 | $120.00 |
| Subodh Chandra | 2013.06.12 Subodh Chandra Communications with counsel. Communications with S. Gupta re logistics/ procedure and motion for fees re consent-decree extension. Attention to result of her communication with the Court re same. | 00:12 $435.00 | $87.00 |
| Sandhya Gupta | 2013.06.14 Sandhya Gupta Confer with D. McTigue and S. Chandra in advance of Judge Marbley's court telephonic status conference; telephonic status conference with court and counsel; debrief with D. McTigue, S. Chandra, and C. Gentry post-status-conference. | 00:54 $300.00 | $270.00 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700   www.ChandraLaw.com

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Subodh Chandra | 2013.06.14 Subodh Chandra<br>Discussion with co-counsel in preparation for upcoming status conference re motion to extend. Telephone status conference with the court. Further consideration of strategy regarding securing timely extension of decree in light of Defendants' complete refusal to even negotiate agreement on at least maintaining the status quo until the Court makes a decision. | | 00:54<br>$435.00 | $391.50 |
| Subodh Chandra | 2013.06.18 Subodh Chandra<br>Attention to Court's order temporarily extending consent decree. | | 00:06<br>$435.00 | $43.50 |
| Sandhya Gupta | 2013.06.24 Sandhya Gupta<br>Review Defendant's opposition to motion to extend. | | 02:12<br>$300.00 | $660.00 |
| Subodh Chandra | 2013.06.24 Subodh Chandra<br>Attention to R. Coglianese's communications with the Court and eventual filing. Initial quick review of Defendants' opposition to motion to extend. | | 00:42<br>$435.00 | $304.50 |
| Sandhya Gupta | 2013.06.25 Sandhya Gupta<br>Attention to correspondence with C. Gentry and D. McTigue, responding to thoughts about Reply brief; send draft declaration to McTigue; review defendant's cases; consider and begin drafting arguments for Reply brief; confer with D. McTigue re Brunner declaration and Reply; review cases and consent decree. | | 09:42<br>$300.00 | $2,910.00 |
| Subodh Chandra | 2013.06.25 Subodh Chandra<br>More detailed analysis of Defendants' brief in opposition to extending consent decree and develop strategy regarding reply to same. | | 00:36<br>$435.00 | $261.00 |
| Sandhya Gupta | 2013.06.26 Sandhya Gupta<br>Prepare with questions for co-counsel in conference call. Continue to consider issues for reply and continue drafting. Confer with co-counsel. Conference with 6th circuit mediator. Draft reply brief. Review and make edits to proposed Brunner draft declaration based on D. McTigue's discussion with Brunner. | | 11:00<br>$300.00 | $3,300.00 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700   www.ChandraLaw.com

| | | Hrs/Rate | Subtotal |
|---|---|---|---|
| Subodh Chandra | 2013.06.26 Subodh Chandra<br>Tel. conf. with C. Gentry, D. McTigue, and S. Gupta re substance and strategy for reply brief (on EXPEDITED SCHEDULE) and related evidence and law in support of motion to extend; further tel. discussion with C. Gentry, D. McTigue, S. Gupta; continues to provide guidance and direction to S. Gupta re strategy in brief; analyze research results and provide additional direction to S. Gupta. | 03:48<br>$435.00 | $1,653.00 |
| Sandhya Gupta | 2013.06.27 Sandhya Gupta<br>Draft reply brief in support of consent decree. | 12:18<br>$300.00 | $3,690.00 |
| Subodh Chandra | 2013.06.27 Subodh Chandra<br>Monitor and engage regarding progress on reply brief process (very tight time deadline) regarding motion to extend. | 00:06<br>$435.00 | $43.50 |
| Sandhya Gupta | 2013.06.28 Sandhya Gupta<br>Review cases; revise brief; confer with co-counsel; finalize; file. | 06:00<br>$300.00 | $1,800.00 |
| Subodh Chandra | 2013.06.28 Subodh Chandra<br>Edit various sections of reply brief in support of motion to extend consent decree on expedited schedule and engage in various discussions re same. Edit declarations in support. | 02:54<br>$435.00 | $1,261.50 |
| Sandhya Gupta | 2013.07.01 Sandhya Gupta<br>Prepare for hearing by reviewing cases on termination/extension, exhibit from Reply to Mot. Pl, studying decree, reviewing arguments in motion; writing up questions that court may ask at hearing. | 02:00<br>$300.00 | $600.00 |
| Subodh Chandra | 2013.07.03 Subodh Chandra<br>Attention to the Court's order re oral argument. Attention to oral-argument preparation and review of evidence. | 00:30<br>$435.00 | $217.50 |
| Subodh Chandra | 2013.07.05 Subodh Chandra<br>Review and analyze past billings for work product in connection with upcoming fee petition for 2012 work. | 04:18<br>$435.00 | $1,870.50 |
| Sandhya Gupta | 2013.07.07 Sandhya Gupta<br>Review cases and write up outline. | 03:00<br>$300.00 | $900.00 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700  www.ChandraLaw.com

| | | Hrs/Rate | Subtotal |
|---|---|---|---|
| Sandhya Gupta | 2013.07.08 Sandhya Gupta<br>Complete outline for consent-decree extension motion. Send to S. Chandra. | 08:36<br>$300.00 | $2,580.00 |
| Subodh Chandra | 2013.07.08 Subodh Chandra<br>Prepare for oral argument re motion for extension of consent decree. | 03:42<br>$435.00 | $1,609.50 |
| Sandhya Gupta | 2013.07.09 Sandhya Gupta<br>Add points to the outline for oral argument, consider additional arguments, flesh out case summaries, review original, supplemental, and ODP complaints to analyze what claims are still in the case; attention to correspondence from B. Davis and S. Chandra re additional evidence re social-security cards and identification; write up list of materials to have on hand at hearing. | 05:54<br>$300.00 | $1,770.00 |
| Subodh Chandra | 2013.07.09 Subodh Chandra<br>Further prepare for oral argument on motion to extend: analyze outline draft prepared by Ms. Gupta and relevant case law and evidence. Refine arguments. | 03:48<br>$435.00 | $1,653.00 |
| Sandhya Gupta | 2013.07.10 Sandhya Gupta<br>Draft notice of filing exhibits re additional evidence for hearing; review depositions to make chart; review cases citing Vanguards; review outline; read motion to dismiss. | 05:30<br>$300.00 | $1,650.00 |
| Subodh Chandra | 2013.07.10 Subodh Chandra<br>Prepare for oral argument on motion to extend consent decree. | 03:30<br>$435.00 | $1,522.50 |
| Suzanne Zaranko | 2013.07.10 Suzanne Zaranko<br>Preparation of documents needed for oral argument. | 01:30<br>$120.00 | $180.00 |
| Sandhya Gupta | 2013.07.11 Sandhya Gupta<br>Review deposition transcripts of counties and tabulate into chart; prep co-counsel S. Chandra for tomorrow's oral argument; elaborate on case summaries of termination cases for S. Chandra review; prepare B. Davis declaration and confer with B. Davis re changes; prepare exhibits to declaration and notice of filing; review outline and other potential questions for oral argument. | 14:00<br>$300.00 | $4,200.00 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700   www.ChandraLaw.com

| | | | Hrs/Rate | Subtotal |
|---|---|---|---|---|
| Subodh Chandra | 2013.07.11 Subodh Chandra | Field and return call from Rob in Judge Marbley's chambers. Attention to new court order rescheduling oral argument. Inform all parties and clients re same. Various coordination and instructions to expedite materials and exhibit preparation and delegation of same. Prepare for oral argument on motion to extend consent decree. Discussions with B. Davis, C. Gentry, and S. Gupta. Communications with D. McTigue. Communications with D. Strasser of Columbus Coalition for the Homeless. | 04:42 $435.00 | $2,044.50 |
| Suzanne Zaranko | 2013.07.11 Suzanne Zaranko | Review deposition transcripts to obtain information needed for oral argument. Prepare exhibits for oral argument. File Notice of Filing Exhibits for Motion to Extend Consent Decree with court. | 07:30 $120.00 | $900.00 |
| Sandhya Gupta | 2013.07.12 Sandhya Gupta | Review and complete chart of deposition testimonies on issue of SSN-4 ballots counted without return in 10 days (0.6); travel to and from Columbus, briefing and prepping S. Chandra; attend oral argument and prepare rebuttal points for S. Chandra to use in oral argument; debrief with co-counsel. | 08:06 $300.00 | $2,430.00 |
| Subodh Chandra | 2013.07.12 Subodh Chandra | Travel to and from Columbus for oral argument with Judge Marbley including extensive preparation and debriefing conferences with client Brian Davis and co-counsel Sandhya Gupta (5.9); prepare for and attend oral argument on motion to extend and debrief with plaintiffs' counsel. Further discussion with B. Davis. | 08:36 $435.00 | $3,741.00 |
| Sandhya Gupta | 2013.07.18 Sandhya Gupta | Review district-court and Sixth-Circuit opinions to determine outstanding issues and email to S. Chandra (0.8). | 00:48 $300.00 | $240.00 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700  www.ChandraLaw.com

| | | Hrs/Rate | Subtotal |
|---|---|---|---|
| Subodh Chandra | 2013.07.19 Subodh Chandra<br>Attention to docket calendar for this case and potential problems associated with today's scheduled expiration of consent decree per Doc. #368. Call to Rob in Judge Marbley's chambers for procedural guidance re same. Prepare motion for further temporary extension draft and consultations with D. McTigue, counsel for Ohio Democratic Party. Communications with S. Gupta re finalizing details in motion and filing it (overcoming problems with ECF system). | 00:48<br>$435.00 | $348.00 |
| Subodh Chandra | 2013.08.05 Subodh Chandra<br>Analyze opinion from Judge Marbley extending consent decree; communication with S. Gupta; discussion with D. McTigue and C. Gentry. Communication to B. Davis at NEOCH. | 01:00<br>$435.00 | $435.00 |
| Subodh Chandra | 2013.08.06 Subodh Chandra<br>Further communications with B. Davis at NEOCH re Judge Marbley's decision on motion to extend consent decree. Prepare for potential appellate response re same. | 00:12<br>$435.00 | $87.00 |
| | | | $95,712.00 |

## additional charges

| | | Qty/Price | Subtotal |
|---|---|---|---|
| | 2013.01.31 Lexis legal-research expense | $251.01 | $251.01 |
| | 2013.02.28 Lexis legal-research expense | $8.96 | $8.96 |
| | 2013.03.31 Lexis legal-research expense | $277.91 | $277.91 |
| | 2013.03.31 PACER electronic legal-research expense 1st quarter | $290.61 | $290.61 |
| | 2013.04.30 Lexis legal-research expense | $289.61 | $289.61 |



**Chandra Law Firm, LLC**
1265 West 6th St., Suite 400
Cleveland, OH 44113.1326
216.578.1700  www.ChandraLaw.com

| | Qty/Price | Subtotal |
|---|---|---|
| 2013.05.06 Conference call expense | $23.70 | $23.70 |
| 2013.05.23 Copy expense for May | $18.20 | $18.20 |
| 2013.06.30 Copies for June 2013 | $15.60 | $15.60 |
| 2013.06.30 Lexis legal-research expense | $53.01 | $53.01 |
| 2013.06.30 PACER electronic legal-research expense 2nd quarter | $169.60 | $169.60 |
| 2013.07.12 Mileage to Columbus for oral arguments<br>Mileage expense paid to Sandhya Gupta for travel expense to Columbus for Oral Argument on 7/12/2013 (with Subodh Chandra). | $166.11 | $166.11 |
| 2013.07.31 Copies for July 2013 | $84.00 | $84.00 |
| 2013.07.31 Lexis legal-research expense | $61.14 | $61.14 |
| | | $1,709.46 |

| | | |
|---|---|---|
| Invoice Subtotal | | $97,421.46 |
| Total due by Oct 21, 2013 | | **$97,421.46** |

# staff time

| | Hours | Rate | Subtotal |
|---|---|---|---|
| Sandhya Gupta | 207:18 | $300.00 | $62,190.00 |
| Subodh Chandra | 74:00 | $435.00 | $32,190.00 |
| Suzanne Zaranko | 11:06 | $120.00 | $1,332.00 |