Jun 27, 2013
REDACTED v. REDACTED
Invoice # 217



Billed To
REDACTED





Chandra Law Firm LLC
1265 West 6th St., Suite 400
Cleveland, OH 44113-1326
216.578.1700 www.ChandraLaw.com

Invoice

| | |
|---|---:|
| Billable Time | $2,298.00 |
| Expenses | $40.24 |
| | $2,338.24 |
| Taxes | $0.00 |
| | $2,338.24 |
| Retainer Applied | ($2,338.24) |
| | $0.00 |
| Previous Balance | $0.00 |
| **Total Owing** (due by: Jun 27, 2013) | **$0.00** |

EXHIBIT 2B

Page 1 of 4

# invoice details

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| 2013.04.25 Subodh Chandra | 01:00 | $435.00 | $435.00 |
| REDACTED | | | |
| 2013.05.01 Subodh Chandra | 00:30 | $435.00 | $217.50 |
| REDACTED | | | |
| 2013.05.02 Sandhya Gupta | 01:30 | $300.00 | $450.00 |
| REDACTED First Amendment retaliation REDACTED REDACTED speech in public-employment setting REDACTED REDACTED | | | |
| 2013.05.02 Subodh Chandra | 00:12 | $435.00 | $87.00 |
| REDACTED aspects of retaliation research. | | | |
| 2013.05.03 Sandhya Gupta | 02:04 | $300.00 | $630.00 |
| REDACTED first-amendment retaliation in public employment settings; REDACTED REDACTED | | | |
| 2013.05.08 Subodh Chandra | 00:42 | $435.00 | $304.50 |
| REDACTED retaliation causes of action REDACTED REDACTED | | | |
| 2013.05.13 Subodh Chandra | 00:12 | $435.00 | $87.00 |
| REDACTED | | | |
| 2013.05.15 Subodh Chandra | 00:06 | $435.00 | $43.50 |
| REDACTED | | | |

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| 2013.05.28 Subodh Chandra | 00:06 | $435.00 | $43.50 |
| REDACTED | | | |
| 2013.05.31 Lexis legal-research expense | | $40.24 | $40.24 |

|  |  |
|---|---|
| Subtotal | $2,338.24 |
| Retainer applied | ($2,338.24) |
| **Total due by Jun 27, 2013** | **$0.00** |
| Previous Balance | $0.00 |
| Total Owing | $0.00 |

# retainer history

|  |  | Disbursement | Retainer |
|---|---|---|---|
| May 02, 2013 | Received ██REDACTED██ |  | $10,000.00 |
| Jun 27, 2013 | Applied | $2,338.24 |  |
|  |  | $2,338.24 | $10,000.00 |

Retainer Balance: $7,661.76