Aug 26, 2013
REDACTED v. REDACTED
Invoice # 225



Billed To
REDACTED

| | |
|---|---|
| Billable Time | $391.50 |
| Expenses | $0.00 |
| | $391.50 |
| Taxes | $0.00 |
| | $391.50 |
| Retainer Applied | ($391.50) |
| | $0.00 |
| Previous Balance | $0.00 |

Total Owing $0.00
(due by: Aug 26, 2013)

EXHIBIT 2C

# invoice details

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| 2013.06.12 Subodh Chandra<br>REDACTED | 00:06 | $435.00 | $43.50 |
| 2013.06.13 Subodh Chandra<br>REDACTED | 00:06 | $435.00 | $43.50 |
| 2013.06.28 Subodh Chandra<br>REDACTED | 00:42 | $435.00 | $304.50 |

| | |
|---:|---:|
| Subtotal | $391.50 |
| Retainer applied | ($391.50) |
| **Total due by Aug 26, 2013** | **$0.00** |
| Previous Balance | $0.00 |
| Total Owing | $0.00 |

# retainer history

| Date | | Disbursement | Retainer |
|---|---|---|---|
| May 02, 2013 | Received REDACTED | | $10,000.00 |
| Jun 27, 2013 | Applied | $2,338.24 | |
| Aug 26, 2013 | Applied | $391.50 | |
| | | $2,729.74 | $10,000.00 |

Retainer Balance: $7,270.26