Jul 02, 2014
<span style="background:black;color:red">REDACTED</span>
Invoice # 280



THE
CHANDRA
LAW FIRM LLC

The Chandra Law Firm LLC
1265 West 6th St., Suite 400
Cleveland, OH 44113-1820
216.578.1700  www.ChandraLaw.com

*PAID — Amount Received, Approved and Delivered in Full*

*invoice*

Billed To
<span style="background:black;color:red">REDACTED</span>



| | |
|---|---:|
| Billable Time | $31,898.00 |
| Expenses | $1,357.84 |
| | $33,255.84 |
| Taxes | $0.00 |
| | $33,255.84 |
| Retainer Applied | ($33,255.84) |
| | $0.00 |
| Previous Balance | $0.00 |

**Total Owing** $0.00
(due by: Jul 02, 2014)

EXHIBIT 2D

# invoice details

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| 2014.05.21 Subodh Chandra | 06:30 | $435.00 | $2,827.50 |
| REDACTED | | | |
| 2014.05.22 Subodh Chandra | 00:30 | $435.00 | $217.50 |
| REDACTED | | | |
| 2014.05.27 Ashlie Sletvold | 01:50 | $350.00 | $665.00 |
| REDACTED | | | |
| 2014.05.27 Donald Screen | 01:36 | $465.00 | $744.00 |
| REDACTED | | | |
| 2014.05.27 Subodh Chandra | 04:18 | $435.00 | $1,870.50 |
| REDACTED | | | |

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| 2014.05.28 Ashlie Sletvold | 00:45 | $350.00 | $280.00 |
| REDACTED | | | |
| 2014.05.28 Donald Screen | 00:30 | $465.00 | $232.50 |
| REDACTED | | | |
| 2014.05.28 Subodh Chandra | 01:06 | $435.00 | $478.50 |
| REDACTED | | | |
| 2014.05.29 Donald Screen | 00:42 | $465.00 | $325.50 |
| REDACTED | | | |
| 2014.05.30 Donald Screen | 00:36 | $465.00 | $279.00 |
| REDACTED | | | |
| 2014.05.30 Subodh Chandra | 02:00 | $435.00 | $870.00 |
| REDACTED | | | |
| 2014.06.02 Donald Screen | 00:48 | $325.00 | $260.00 |
| REDACTED | | | |
| 2014.06.03 Donald Screen | 00:42 | $465.00 | $325.50 |
| REDACTED | | | |
| 2014.06.04 Subodh Chandra | 00:06 | $435.00 | $43.50 |
| REDACTED | | | |

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| 2014.06.05 Donald Screen<br>REDACTED | 00:30 | $465.00 | $232.50 |
| 2014.06.05 Subodh Chandra<br>REDACTED | 04:48 | $435.00 | $2,088.00 |
| 2014.06.06 Subodh Chandra<br>REDACTED REDACTED Americans with Disability Act issues REDACTED REDACTED | 04:42 | $435.00 | $2,044.50 |
| 2014.06.09 Subodh Chandra<br>REDACTED | 01:48 | $435.00 | $783.00 |
| 2014.06.10 Donald Screen<br>REDACTED | 06:12 | $465.00 | $2,883.00 |

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| 2014.06.10 Subodh Chandra | 06:54 | $435.00 | $3,001.50 |

REDACTED

REDACTED re conflict and public-records request. REDACTED
REDACTED

REDACTED

REDACTED employee complaints REDACTED
REDACTED health conditions. REDACTED
REDACTED

REDACTED

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| 2014.06.11 Donald Screen | 05:36 | $465.00 | $2,604.00 |

REDACTED

REDACTED REDACTED
REDACTED

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| 2014.06.11 Subodh Chandra<br>REDACTED | 02:24 | $435.00 | $1,044.00 |
| 2014.06.12 Donald Screen<br>REDACTED | 01:30 | $465.00 | $697.50 |
| 2014.06.12 Subodh Chandra<br>REDACTED | 05:30 | $435.00 | $2,392.50 |
| 2014.06.13 Subodh Chandra<br>REDACTED | 04:24 | $435.00 | $1,914.00 |

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| 2014.06.16 Subodh Chandra<br>Transmit responses to public-records request REDACTED | 03:54 | $435.00 | $1,696.50 |
| 2014.06.17 Donald Screen<br>REDACTED | 00:42 | $465.00 | $325.50 |
| 2014.06.18 Subodh Chandra<br>REDACTED | 00:24 | $435.00 | $174.00 |
| 2014.06.26 Donald Screen<br>REDACTED | 00:18 | $465.00 | $139.50 |
| 2014.06.27 Donald Screen<br>REDACTED | 00:36 | $465.00 | $279.00 |
| 2014.06.28 Donald Screen<br>REDACTED | 00:12 | $465.00 | $93.00 |
| 2014.06.30 Subodh Chandra<br>REDACTED | 00:06 | $435.00 | $43.50 |
| 2014.06.30 Subodh Chandra<br>REDACTED | 00:06 | $435.00 | $43.50 |

| Item | Hrs / Qty | Rate / Price | Subtotal |
|---|---|---|---|
| 2014.05.21 REDACTED REDACTED | REDACTED | | $38.98 |
| 2014.05.30 REDACTED REDACTED | REDACTED | | $38.98 |
| 2014.06.05 REDACTED | REDACTED | | $38.98 |
| 2014.06.12 REDACTED | REDACTED | | $38.98 |
| 2014.06.04 REDACTED REDACTED | | $300.00 | $300.00 |
| 2014.06.30 Copies for June | | $4.00 | $4.00 |
| 2014.06.30 REDACTED REDACTED | | $897.92 | $897.92 |

| | |
|---|---|
| Subtotal | $33,255.84 |
| Retainer applied | ($33,255.84) |
| **Total due by Jul 02, 2014** | **$0.00** |
| Previous Balance | $0.00 |
| Total Owing | $0.00 |

# retainer history

| Date | | Disbursement | Retainer |
|---|---|---:|---:|
| May 29, 2014 | Received REDACTED | | $25,000.00 |
| Jun 05, 2014 | Applied | $9,418.84 | |
| Jun 23, 2014 | Received REDACTED | | $50,000.00 |
| Jul 02, 2014 | Applied | $33,255.84 | |
| | | $42,674.68 | $75,000.00 |

Retainer Balance: $32,325.32