IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE NORTHEAST OHIO COALITION FOR THE HOMELESS, *et al.*, : : : | |
| Plaintiffs, : : | Case No. 2:06-CV-896 |
| v. : : | JUDGE ALGENON L. MARBLEY |
| JON HUSTED, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE STATE OF OHIO, : : : : | Magistrate Judge Terence P. Kemp |
| Defendant. : | |

## ORDER

The Sixth Circuit issued an opinion vacating the Court's award of attorneys' fees to counsel from Altshuler Berzon LLP ("Altshuler Berzon"), abrogating the 3% cap on recovery of fees for fee-related matters as set by *Coulter v. Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986), and remanding for the Court to determine both an appropriate rate of compensation for Altshuler Berzon attorneys and an appropriate award for fee-related matters in light of *Coulter*'s abrogation. To assist the speedy and just resolution of the matter, the Court hereby **ORDERS** Plaintiffs to submit to the Court a brief addressing: (1) the rates they contend counsel from Altshuler Berzon should be compensated and the bases for those rates; and (2) the amount they believe they deserve to recover for fee-related matters, and the bases for that amount. Plaintiffs are to file the brief on or before Friday, September 9, 2016. Defendant has until September 23, 2016 to file any opposition, to which Plaintiff has until September 30, 2016 to reply.

**IT IS SO ORDERED.**

              <u>s/Algenon L. Marbley</u>
              **ALGENON L. MARBLEY**
              **UNITED STATES DISTRICT COURT**

**Dated: August 11, 2016**